Michael Erin Gray Junior

101 Oklahoma Avenue

Warner Robins Georgia 31093

FILED
U.S. DISTRICT COURT
INDIANAPOLIS DIVISION

2016 JUL -8 PM 4:44

SOUTHERN DISTRICT
OF INDIANA
LAURA A. BRIGGS
CLERK

UNITED STATES DISTRICT COURT

Southern District of Indiana

Michael Erin Gray senior

versus

Deborah Simon et al

1:16-cv-1827 TWP-DML

Introduction + Naming of Defendants

HERE COMES NOW, Plaintiff has been falsely diagnosed as mentally ill and criminalized unjustly by a corrupted system that traffics in humans and identities also with misuse of federal funds which had and still currently destroys Plaintiff's business life, personal relationships, and even fatherhood. The actions of the following defendants still continue to

Cause unimaginable mayhem and destruction in Plaintiffs everyday

(2) of 5

life and from Defendants actions cause loved ones to slander and

libel against the character of Plaintiff for the gains of other entities

nationwide. The Defendants are as follows:

Defendant   Proctor Hospital of 5409 N Knoxville Avenue 61614  Peoria, Illinois

Defendant           Registered agent — Debbie Simon

Defendant   THE METHODIST MEDICAL CENTER FOUNDATION of 221 NE Glen Oak

Defendant   —   Registered agent - Deborah Simon           Peoria Illinois  61636

Defendant   Peoria County Jail of 301 N Maxwell Road  Peoria Illinois 61604

Defendant   Peoria County Jail Association of  334 Longbow Drive Peoria Illinois 61604

Defendant           Registered Agent - Patrick Thomas Spears

Defendant   The State of Illinois

Defendant   The State of Illinois Jail Association of  334 Longbow Drive Peoria Illinois 61604

Defendant           Registered Agent - Patrick Thomas Spears

Defendant Lisa Y Wilson of 324 Main Street Peoria Illinois 61602

Defendant Kim L Kelley of 324 Main Street Peoria Illinois 61602

3 of 5

Defendant City of Peoria Municipal Employees Association of 3914 N Sterling Avenue 61615 Peoria Illinois

Defendant Registered Agent Sherry Carter-Allen

Defendant Peoria Police Benevolent Association INC of 7800 N Sommer Street suite 425 Peoria Illinois 61615

The Defendants have committed the following Crimes Against Plaintiff:

5 USC § 552a

15 USC § 77e

15 USC § 77k

15 USC § 77q

17 USC § 501

18 USC § 3

18 USC § 4

18 USC § 113

18 USC § 152

18 USC § 241

18 USC § 247

18 USC § 371

18 USC § 373

18 USC § 645

18 USC § 654

18 USC § 661

18 USC § 666

18 USC § 872

18 USC § 876

18 USC § 875

18 USC § 880

18 USC § 892

18 USC § 893

18 USC § 894

18 USC § 911

18 USC § 912

18 USC § 913

18 USC § 914

18 USC § 1001

18 USC § 1002

18 USC § 1014

18 USC § 1028

18 USC § 1028

18 USC § 1029

18 USC § 1030

18 USC § 1031

18 USC § 1035

18 USC § 1201

18 USC § 1202

18 USC § 1203

18 USC § 1341

18 USC § 1506

18 USC § 1581

18 USC § 1583

18 USC § 1584

18 USC § 1585

18 USC § 1586

18 USC § 1587

18 USC § 1588

18 USC § 1590

18 USC § 1593

18 USC § 1651

18 USC § 1652

18 USC § 1653

18 USC § 1656

18 USC § 1658

18 USC § 1659

18 USC § 1661

18 USC § 1951

18 USC § 1952

18 USC § 1956

18 USC § 1957

18 USC § 1959

18 USC § 2111

18 USC § 2236

31 USC §§ 3729-3733

①.t5

1st Amendment

4th Amendment

5th Amendment

8th Amendment

Slander

Libel

Plaintiff upon memories and discovery include the following also as Defendants

Defendant James F Kane at 7800 N Sommer Street suite 425 Peoria Illinois 61615

Peoria Police Department of 600 SW Adams Street Peoria Illinois 61602

5.75

WHEREFORE, Plaintiff has suffered immensely in physical, emotional, reputational, family, and loss labor and the mayhem caused by Defendants continue to terrorize Plaintiff in everyday life including rights to raise or even currently visit first-born son because of such damages. Plaintiff demands actual and comprehensive damages of $525,000 in potential career earnings as leading a productive life and punitive damages of $1.75 million to all be paid jointly and severally amongst defendants plus $3500 cost of action in addition a cease and desist order from further slander or libel pertaining to Plaintiff having any mental illness or labeling Plaintiff a criminal in any way public or privately. Plaintiff would also like copyrights to all ~~Defendants~~ who wronged him in Commonwealth and district as compensation. Always devoted and dutiful to my children.

Statement of Claim Supplement to follow